IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 07-cv-02231-AP

LEE A. SCHUMAKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

    The Commissioner of Social Security has moved pursuant to sentence four of 42 U.S.C. § 405(g) for a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Defendant's Unopposed Motion to Remand (doc. #13), is GRANTED. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *Shalala v. Schaefer*, 509 U.S. 292 (1993).

    On remand by the Court, the Appeals Council will issue a decision in which it waives recovery of each overpayment in accordance with Social Security Ruling (SSR) 92-7c. The following overpayments will be addressed on remand:

| Sequence | Month | Amount | Approximate Notice Date |
|---|---|---|---|
| 2, first record | Oct-00 | $1.50 increase | None |
| 14, first record | Feb-03 | $13.50 | 2/17/2003 |
| 3, second record | Jul-03 | $107.69 | 7/15/2003 |
| 6 & 7, second record | Dec-03 | $239.07 | 12/23/2003 |
| 8 & 15, second record | May-04 | $95.09 | 5/25/2004 |
| 9 & 16, second record | Jun-04 | $312.37 | 6/9/2004 |
| 10, second record | Aug-04 | $564.00 | 9/7/2004 |
| 11, 12, & 14, second record | Dec. 04 - Apr. 05 | $1,575.81 | 5/4/2005 |
| 13, second record | May 05 - Aug. 05 | $289.50 | 9/17/2005 |
| 17, second record | Feb-06 | $103.51 | 6/14/2006 |

Specifically, the Appeals Council will find Plaintiff without fault in causing each of the overpayments, find that recovery of the overpayments would defeat the purpose of the Social Security Act, conclude that recovery of the overpayments is waived, and direct the Social Security Administration to refund any money collected toward these overpayments.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C.

§ 405(g), and

      REMANDS the cause to the Commissioner for further administrative proceedings as set out above.

      IT IS SO ORDERED.

Dated at Denver, Colorado this 20th day of February, 2008.

                                      ***S/John L. Kane***
                                      Judge John L. Kane
                                      United States District Judge